NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418
Kimberly.Frayn@usdoj.gov

*Representing the United States of America*

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
         COUNSEL/PARTIES OF RECORD

        SEP 2 1 2021

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO:<br><br>1-Toshiba Laptop, Serial Number 3C128680R- **A1**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | Case No. 2:21-mj-00046-EJY<br><br>Filed Under Seal |
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO:<br><br>2-HP Envy Laptop, Serial Number 8CG9178667-**A2**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | Case No. 2:21-mj-00047-EJY<br><br>Filed Under Seal |
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO: | Case No. 2:21-mj-00048-EJY<br><br>Filed Under Seal |

| | |
|---|---|
| 3-Lenovo Laptop, Serial Number MP1KCEHQ- **A3**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | |
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO:<br><br>4- Mac Laptop, Serial Number C02CR5DAML7J-**A4**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | Case No. 2:21-mj-00049-EJY<br><br>Filed Under Seal |
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO:<br><br>5- White iPhone, No Visible Serial Number-**A5**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | Case No. 2:21-mj-00050-EJY<br><br>Filed Under Seal |
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO:<br><br>6-Two (2) TCL Cellphones, No Visible Serial Numbers-**A6**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | Case No. 2:21-mj-00051-EJY<br><br>Filed Under Seal |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO:<br><br>7- Three (3) BLU Cellphones, No Visible Serial Numbers-**A7**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | Case No. 2:21-mj-00052-EJY<br><br>Filed Under Seal |
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO:<br><br>8- LG Cellphone, No Visible Serial Number-**A8**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | Case No. 2:21-mj-00053-EJY<br><br>Filed Under Seal |
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO:<br><br>9-Motorola Model XTT962 Cellphone, No Visible Serial Number-**A9**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | Case No. 2:21-mj-00054-EJY<br><br>Filed Under Seal |
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO: | Case No. 2:21-mj-00055-EJY<br><br>Filed Under Seal |

| | |
|---|---|
| 10-Motorola Tracfone Cellphone, No Visible Serial Number-**A10**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | |
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO:<br><br>11-Two (2) Huawei Honor Cellphone, No Visible Serial Numbers-**A11**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | Case No. 2:21-mj-00056-EJY<br><br>Filed Under Seal |
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING DEVICES RECOVERED FROM THE RESIDENCE OF NORBERT IKWUEGBUNDO:<br><br>12- Black iPhone, No Visible Serial Number-**A12**<br><br>LOCATED at: Property Room<br>Homeland Security Investigations<br>501 South Las Vegas Boulevard<br>Las Vegas, NV 89101 | Case No. 2:21-mj-00057-EJY<br><br>Filed Under Seal |

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its attorneys, CHRISTOPHER CHIOU, Acting United States Attorney, District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, and represents to the Court that on or about January 14, 2021, the Court issued search warrants in case numbers 2:21-mj-00046-EJY to and including 2:21-mj-00057-EJY for various electronic devices related to an investigation being conducted by the Immigration and Customs Enforcement, Homeland

4

Security Investigations (HSI) concerning suspected violations of federal laws. On or about the same date, the Court placed the affidavit in support of these search warrants under seal until further order of the Court to protect the integrity of the ongoing investigation. Subsequently, the warrants were executed.

On or about June 30, 2021, a federal indictment issued against defendants NORBERT IKWUEGBUNDO and OMONIYI OMOTERE in case number 2:21-CR-181-GMN-DJA. Counsel for the defendants have requested discovery in connection with the criminal prosecution in that case. The search warrants and their sealed supporting affidavit are relevant to that case, and the United States Attorney's Office for the District of Nevada seeks permission to produce the search warrants and their supporting affidavit in case numbers 2:21-mj-00046-EJY to and including 2:21-mj-00057-EJY to the defendants charged in connection with case number 2:21-CR-181-GMN-DJA.

WHEREFORE, the Government moves that this Court order the unsealing of the affidavit supporting the search warrants in case numbers case numbers 2:21-mj-00046-EJY to and including 2:21-mj-00057-EJY so that the government can produce the search warrants and their supporting affidavit to the defense in the normal course of discovery.

/ / /

1  Once unsealed and produced, these documents will be subject to the Protective Order
2  issued on September 20, 2021. (2:21-CR-181-GMN-DJA, ECF 45).
3      DATED: This 21st day of September, 2021.
4                                     Respectfully submitted,
5                                     CHRISTOPHER CHIOU
                                   Acting United States Attorney
6
7                                   /s/ Kimberly M. Frayn
                                 KIMBERLY M. FRAYN
8                                   Assistant United States Attorney
9
10  DATED:    This 21st day of September, 2021.
11  IT IS SO ORDERED.
12  *[signature]*
13  HONORABLE ELAYNA J. YOUCHAH
    UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24

6